Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter   **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blankie Tails, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5428711** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **PO Box 4331**<br>**Cherry Hill, NJ 08034**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Camden**<br>County | **Location of principal assets, if different from principal place of business**<br>**7950B National Highway Pennsauken, NJ 08110**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | ____ |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☑ Chapter 7 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | |

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 5, 2024**
              MM / DD / YYYY

**X** **/s/ Hadley Grace Elliot**              **Hadley Grace Elliot**

Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ David B. Smith**              Date **February 5, 2024**

Signature of attorney for debtor                    MM / DD / YYYY

**David B. Smith 59098**

Printed name

**Smith Kane Holman, LLC**

Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**

Number, Street, City, State & ZIP Code

Contact phone    **610-407-7215**      Email address    **dsmith@skhlaw.com**

**59098 PA**

Bar number and State

Debtor name    **Blankie Tails, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 5, 2024**     X **/s/ Hadley Grace Elliot**
                                         Signature of individual signing on behalf of debtor

                                                **Hadley Grace Elliot**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Blankie Tails, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
        Copy line 88 from *Schedule A/B*...............................................................................................    $          **0.00**

     **1b. Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................    $       **76,023.49**

     **1c. Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................    $       **76,023.49**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **2,228,782.96**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $          **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,822,545.47**

4.    **Total liabilities** ..................................................................................................................
     Lines 2 + 3a + 3b

     $      **4,051,328.43**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Blankie Tails, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Republic Bank** | checking account | 7787 | $25.40 |
| 3.2. | **Chase Bank** | checking account | 5905 | $176.85 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $202.25 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **921.25** | - | **0.00** = .... | $921.25 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **1,553.58** | - | **0.00** = .... | $1,553.58 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$2,474.83

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** **Finished goods at warehouse** | | **$0.00** | | **$15,410.10** |
| **Finished goods at Amazon fulfillment center** | | **$0.00** | | **$57,936.31** |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$73,346.41

**24.  Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** see Schedule A/B 60/61 | $0.00 | | Unknown |
| 61. **Internet domain names and websites** see Schedule A/B 60/61 | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $202.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,474.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $73,346.41 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $76,023.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $76,023.49 |

# SCHEDULE A/B 60/61

| Mark | Owner | Serial Number | Registration Number | PTO Status | PTO Status Date | Event | Event Date | Register | Goods & Services |
|---|---|---|---|---|---|---|---|---|---|
| BLANKIE TAILS (Standard Word Mark) | Blankie Tails, Inc. | 86/726,058 | 4,954,865 | Registered | 05/10/2016 | Section 8 and 15 Declarations Begin<br>Section 8 and 15 Declarations End<br>Section 8 and 15 Declarations Grace Period Ends<br>Section 8 Declaration and Section 9 Renewal Begins | 05/10/2021<br>05/10/2022<br>11/10/2022<br>05/10/2025 | Principal | 020 - Nap sacks; Sleeping bags<br>024 - Bed blankets; Blankets for outdoor use;<br>Children's blankets; Traveling blankets |
| BLANKIE TAILS<br><br>BLankie TaiLs | Blankie Tails, Inc. | 86/923,118 | 5,054,550 | Registered | 10/04/2016 | Section 8 and 15 Declarations Begin<br>Section 8 and 15 Declarations End<br>Section 8 and 15 Declarations Grace Period Ends<br>Section 8 Declaration and Section 9 Renewal Begins | 10/04/2021<br>10/04/2022<br>04/04/2023<br>10/04/2025 | Principal | 020 - Sleeping bags; Nap sacks<br>024 - Blankets for outdoor use; Bed blankets;<br>Children's blankets; Traveling blankets |
| THE ORIGINAL MERMAID BLANKET | Blankie Tails, Inc. | 87/150,549 | | Approved For Publication | 07/31/2017 | | | Supplemental | 020 - Nap sacks; Sleeping bags<br>024 - Blankets for outdoor use; Bed blankets;<br>Children's blankets; Traveling blankets |
| THE ORIGINAL SHARK BLANKET | Blankie Tails, Inc. | 87/150,591 | 5,139,293 | Registered | 02/07/2017 | Section 8 Declaration Begins<br>Section 8 Declaration Ends<br>Section 8 Declaration Grace Period Ends<br>Section 8 Declaration and Section 9 Renewal Begins | 02/07/2022<br>02/07/2023<br>08/07/2023<br>02/07/2026 | Supplemental | 020 - Sleeping bags; Nap sacks<br>024 - Blankets for outdoor use; Bed blankets;<br>Children's blankets; Traveling blankets |
| BE MERMAZING | Blankie Tails, Inc. | | 87797186 | Registered? | | | | | |
| BLANKIE TAILS BABY | Blankie Tails, Inc. | | 87788306 | | | | | | |
| LIFE IS BETTER IN A BLANKIE TAIL | Blankie Tails, Inc. | | 87783974 | | | | | | |

## UNITED STATES COPYRIGHTS

| Work | Claimant | Owner | Registration/Application No. | Registration Date | Status | Notes |
|---|---|---|---|---|---|---|
| 3.Purpose Pink/Gray Shark Blanket Design | 3.Purpose, Inc. | Blankie Tails, Inc. | VA 1-975-705 | October 22, 2015 | Registered | Copyright was assigned from 3.Purpose, Inc. to Blankie Tails, Inc. |
| 3.Purpose Mermaid Blankie Tail Blue/Green | 3.Purpose, Inc. | Blankie Tails, Inc. | VA 1-985-000 | October 22, 2015 | Registered | Protection for the mermaid tail is very narrow; the other mermaid tail application was refused.<br>Copyright was assigned from 3.Purpose, Inc. to Blankie Tails, Inc. |
| Blankie Tails Website Artwork/Photograph/Text | Blankie Tails, Inc. | Blankie Tails, Inc. | VA 2-000-931 | April 26, 2016 | Registered | |
| Blankie Tails Girl Rocket Blanket Design | Blankie Tails, Inc. | Blankie Tails, Inc. | Application 1-5038421381 | N/A - Application Date May 3, 2017 | Pending | looks registered to me |
| Blankie Tails Rocket Blanket Design | Blankie Tails, Inc. | Blankie Tails, Inc. | Application 1-4464868501 | N/A - Application Date February 23, 2017 | Pending | |
| 2018 Towel Designs | | Blankie Tails, Inc. | | Feb 14, 2018 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018 Pink and Blue Mermaid | | Blankie Tails, Inc. | | N/A - Application Date February 21, 2018 | | | |
| TShark 2018 | | Blankie Tails, Inc. | | N/A - Application Date February 21, 2018 | | | |
| 2018 Baby | | Blankie Tails, Inc. | | N/A - Application Date February 21, 2018 | | | |
| 2018 Mermaid | | Blankie Tails, Inc. | | N/A - Application Date February 21, 2018 | | | |
| 2018 Shark | | Blankie Tails, Inc. | | N/A - Application Date February 21, 2018 | | | |
| Blankie Tails Orca Blanket Design | | Blankie Tails, Inc. | | September 19, 2017 | | | |

## INTERNATIONAL TRADEMARKS

| Reference Number | Mark | Country | Registration Number | Event | Next Event | Event Date | Goods/Services |
|---|---|---|---|---|---|---|---|
| CA TM 1776105 | BLANKIE TAILS | Canada | 1776105 | Notice of Publication - Published on 6/14/17 for a period of 2 months | | | 20-Nap sacks; Sleeping bags; 24-Bed blankets; Blankets for outdoor use; Children's blankets; Travelling blankets |
| HK Reg No. 303710862 | BLANKIE TAILS | Hong Kong | 303710862 | Registered | Renewal | 03/11/2026 | 20 - Nap sacks; Sleeping bags; 24 - Bed Blankets; Blankets for outdoor use; Children's blankets; Travelling blankets |
| IR 1295899 | BLANKIE TAILS | European Union | 1295899 | Registered | Renewal | 03/04/2026 | 020 - Nap sacks; Sleeping bags; 024 - Bed blankets; Blankets for outdoor use; Children's blankets; Travelling blankets |
| USPTO Ref A0057099 | BLANKIE TAILS | Japan | 1295899 | Registered-Waiting for Certificate | Renewal | 03/04/2026 | 020 - Nap sacks; Sleeping bags; 024 - Bed blankets; Blankets for outdoor use; Children's blankets; Travelling blankets |
| USPTO Ref A0057099 | BLANKIE TAILS | Australia | 1766097 | Registered | Renewal | 03/04/2026 | 020 - Nap sacks; Sleeping bags; 024 - Bed blankets; Blankets for outdoor use; Children's blankets; Travelling blankets |
| 112186 | BLANKIE TAILS | Macao | 112186 | Registered | Renewal | 12/12/2023 | 20 - (Generally) Sleeping bags, camping sleeping bags |
| 112187 | BLANKIE TAILS | Macao | 112187 | Registered | Renewal | 12/12/2023 | 24 - (Generally) Blankets |
| 01807610 | BLANKIE TAILS | Taiwan | 1807610 | Registered | Renewal | 11/30/2026 | 20 - cushions, camping sleeping bags, sleeping bags, baby games, fences electricity, baby changing diaper pad |
| 01807735 | BLANKIE TAILS | Taiwan | 1807735 | Registered | Renewal | 11/30/2026 | 24 - blankets, bed blankets, knee blankets, cloth for baby changing diaper, home pet blanket |
| 18118275 | BLANKIE TAILS | China | 18118275 | Registered | Renewal | 11/27/2026 | 20 - Easy chairs, inflatable furniture, furniture, cradles, cots, air pillows- not for medical purposes, cushions, sleeping bags for camping, pillows |
| 18118466 | BLANKIE TAILS | China | 18118466 | Registered | Renewal | 11/28/2026 | 24 - Canvas, trellis, felt, terra cloth, travelling rugs, towel quilt, blankets, cotton blanket, sleeping bag liners, silk blanket |

## PATENTS

| Patented Subject Matter | Country | Patent Number | Expiration Date | Patent Date | Assignee |
|---|---|---|---|---|---|
| Pending: Blankie Tails Mermaid Sleeping Bag | United States | Application Serial No. 29/549,245 Filed: December 21, 2015 | | | |
| Pending: Blankie Tails Shark Sleeping Bag | United States | Application Serial No. 29/549,251 Filed: December 21, 2015 | | | |
| Pending: Blanket Tails Rocket Sleeping Bag | United States | Application Serial No. 29/609,381 Filed: June 30, 2017 | | | |
| Mermaid Sleeping Bag | United States | US D929,075 S | | 31-Aug-21 | Blankie Tails, Inc. |
| Blankie Tails Mermaid Blanket | China | 303943884 S | February 25, 2026 | | |
| Blankie Tails Shark Blanket | China | 303943883 S | February 25, 2026 | | |

**Domains**

| | |
|---|---|
| BLANKETAIL.COM | 3/24/2018 Active |
| BLANKETAILS.COM | 3/24/2018 Active |
| BLANKETTAIL.COM | 3/24/2018 Active |
| BLANKETTAILS.COM | 3/24/2018 Active |
| BLANKEYFIN.COM | 12/23/2017 Active |
| BLANKEYFINS.COM | 12/23/2017 Active |
| BLANKEYTAIL.COM | 10/11/2017 Active |
| BLANKEYTAILS.COM | 10/11/2017 Active |
| BLANKIE-TAIL.COM | 3/24/2018 Active |
| BLANKIE-TAILS.COM | 3/24/2018 Active |
| BLANKIETAIL.CA | 4/21/2018 Active |
| BLANKIETAIL.CH | 4/29/2018 Active |
| BLANKIETAIL.CO.IN | 4/21/2018 Active |
| BLANKIETAIL.CO.NZ | 4/21/2018 Active |
| BLANKIETAIL.CO.UK | 4/21/2018 Active |
| BLANKIETAIL.COM | 3/24/2022 Active |
| BLANKIETAIL.COM.AU | 5/18/2018 Active |
| BLANKIETAIL.DE | 4/21/2018 Active |
| BLANKIETAIL.ES | 4/21/2018 Active |
| BLANKIETAIL.FR | 4/22/2018 Active |
| BLANKIETAIL.IN | 4/21/2018 Active |
| BLANKIETAIL.IT | 4/22/2018 Active |
| BLANKIETAIL.KR | 4/21/2018 Active |
| BLANKIETAIL.MX | 4/21/2018 Active |
| BLANKIETAIL.NET | 3/24/2018 Active |
| BLANKIETAIL.NL | 4/21/2018 Active |
| BLANKIETAIL.SE | 4/21/2018 Active |
| BLANKIETAIL.TW | 4/21/2018 Active |
| BLANKIETAIL.US | 4/20/2018 Active |
| BLANKIETAILS.CA | 4/21/2018 Active |
| BLANKIETAILS.CH | 4/29/2018 Active |
| BLANKIETAILS.CO | 4/20/2018 Active |
| BLANKIETAILS.CO.IN | 4/21/2018 Active |
| BLANKIETAILS.CO.NZ | 4/21/2018 Active |
| BLANKIETAILS.CO.UK | 4/21/2018 Active |
| BLANKIETAILS.COM | 3/24/2022 Active |
| BLANKIETAILS.COM.AU | 5/18/2018 Active |
| BLANKIETAILS.DE | 4/21/2018 Active |
| BLANKIETAILS.ES | 4/21/2018 Active |
| BLANKIETAILS.FR | 4/22/2018 Active |
| BLANKIETAILS.IN | 4/21/2018 Active |
| BLANKIETAILS.INFO | 3/24/2018 Active |
| BLANKIETAILS.IT | 4/21/2018 Active |
| BLANKIETAILS.KR | 4/21/2018 Active |
| BLANKIETAILS.MX | 4/21/2018 Active |
| BLANKIETAILS.NET | 3/24/2018 Active |
| BLANKIETAILS.NL | 4/21/2018 Active |
| BLANKIETAILS.ORG | 3/24/2018 Active |
| BLANKIETAILS.SE | 4/21/2018 Active |
| BLANKIETAILS.TW | 4/21/2018 Active |
| BLANKIETAILS.US | 4/20/2018 Active |
| BLANKIETALE.COM | 3/24/2018 Active |
| BLANKIETALES.COM | 3/24/2018 Active |
| BLANKY-TAILS.COM | 3/24/2018 Active |
| BLANKYFIN.COM | 12/23/2017 Active |
| BLANKYFINS.COM | 12/23/2017 Active |
| BLANKYTAIL.COM | 3/24/2018 Active |

| Domain | Date | Status |
|---|---|---|
| BLANKYTAILS.COM | 3/24/2018 | Active |
| BLANKYTALES.COM | 3/24/2018 | Active |
| BUYSNUGGIETAIL.COM | 5/23/2018 | Active |
| BUYSNUGGLETAIL.COM | 7/7/2018 | Active |
| BUYSNUGGLETAILS.COM | 7/7/2018 | Active |
| BUYSNUGGYTAIL.COM | 5/23/2018 | Active |
| BUYSNUGGYTAILS.COM | 5/23/2018 | Active |
| GETSNUGGIETAIL.COM | 5/23/2018 | Active |
| GETSNUGGIETAIL.COM | 7/7/2018 | Active |
| GETSNUGGLETAILS.COM | 7/7/2018 | Active |
| GETSNUGGYTAIL.COM | 5/23/2018 | Active |
| GETSNUGGYTAILS.COM | 5/23/2018 | Active |
| MERBLANKET.COM | 4/1/2018 | Active |
| MERBLANKETS.COM | 4/1/2018 | Active |
| MERMAID-BLANKET.COM | 4/8/2018 | Active |
| MERSACK.COM | 4/1/2018 | Active |
| MERSACKS.COM | 4/1/2018 | Active |
| SHARKBLANKET.COM | 4/8/2018 | Active |
| SHARKBLANKETS.COM | 7/29/2018 | Active |
| SNUGGIETAIL.COM | 5/23/2018 | Active |
| SNUGGLETAIL.COM | 7/7/2018 | Active |
| SNUGGLETAILS.COM | 7/7/2018 | Active |
| SNUGGYTAIL.COM | 5/23/2018 | Active |
| SNUGGYTAILS.COM | 5/23/2018 | Active |
| THEMERMAIDBLANKET.COM | 4/8/2018 | Active |
| THESHARKBLANKET.COM | 4/8/2018 | Active |

Fill in this information to identify the case:

Debtor name  **Blankie Tails, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | |
|---|---|---|
| **2.1** **Amazon Capital Services, Inc.** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **all property, including inventory at Amazon fulfillment centers** | $38,585.24      $0.00 |

**410 Terry Avenue**
**Seattle, WA 98109**
Creditor's mailing address

Describe the lien
**2nd priority security interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| **2.2** **First Avenue Funding** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **all personal property** | $2,040,197.72      $0.00 |

**104 23rd Street**
**Birmingham, AL 35233**
Creditor's mailing address

Describe the lien
**first priority security interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**04/11/2018**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **US Small Business Administration** |
|---|---|

Creditor's Name

**14925 Kingsport Road
Fort Worth, TX 76115**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**all personal property**

$150,000.00          $0.00

**Describe the lien**
**3rd priority security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,228,782.96 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name **Blankie Tails, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **Internal Revenue Service** | *Check all that apply.* | | |
|  | **Insolvency Unit** | ☐ Contingent | | |
|  | **600 Arch Street** | ☐ Unliquidated | | |
|  | **Philadelphia, PA 19106** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: **notice purposes only** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | **New Jersey Dept. of Labor** | *Check all that apply.* | | |
|  | **Division of Employer Accounts** | ☐ Contingent | | |
|  | **PO Box 379** | ☐ Unliquidated | | |
|  | **Trenton, NJ 08625-0379** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: **notice purposes only** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division Of Taxation Compliance and Enforcement 50 Barrack Street, 9th Fl. PO Box 245 Trenton, NJ 08695-0267**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Dept. of Revenue Bankruptcy Division Dept. 280946 Harrisburg, PA 17128**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

  **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $773.59 |
|---|---|---|---|

**Biehl & Biehl, Inc./UPS Freight 325 E. Fullerton Avenue Carol Stream, IL 60188**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Bret & Jayne Peze 91 Westbrook Drive Moorestown, NJ 08057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,358.50 |
|---|---|---|---|

**Business Relocation Services 20 Aquarium Drive Secaucus, NJ 07094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Comcast**
**1701 JFK Blvd.**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Delivering Good**
**22 Stevenson Street**
**Piermont, NY 10968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,919.00 |
|---|---|---|---|

**Disney Financial Services, LLC**
**1180 Celebration Blvd.**
**Suite 201**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.52 |
|---|---|---|---|

**Express - NJ**
**106 Centre Blvd.**
**Suite 1**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,419.28 |
|---|---|---|---|

**Express-PA**
**3070 Bristol Pike**
**Suite 2-229**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FedEx**
**942 South Shady Grove Road**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,428.75 |
|---|---|---|---|

**Franco Financial**
**41 Madison Avenue**
**31st Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,354.12 |
|---|---|---|---|

**Hangley Aronchick Segal
Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,275.00 |
|---|---|---|---|

**Jim Silver
999 S. Oyster Bay Road
105A
Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,765.58 |
|---|---|---|---|

**Kroger/ESP Receivables Managment Inc.
639 Lotus Drive
Suite 3
Mandeville, LA 70471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,955.00 |
|---|---|---|---|

**L-C Advisory Services Co., Inc.
105 West 86th Street
New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,612.00 |
|---|---|---|---|

**Michael Marrale
101 Avenue of the Americas
9th Floor
New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,412.34 |
|---|---|---|---|

**Miss Song
Zhangjiagang Acoshine HomeTextile Co Ltd
No. 198 Shuanglong Road
Fenghuang Town Zhangjiagang Suzhou City
Jiangsu Province**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,031,961.58 |
|---|---|---|---|

**Miss Song
Zhangjiagang Acoshine HomeTextile Co Ltd
No. 198 Shuanglong Road
Fenghuang Town Zhangjiagang Suzhou City
Jiangsu Province**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Nancy Mao**
**454 Anavista Avenue**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322,072.23 |

**Nicholas Grabowski**
**166 Encline Court**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,565.18 |

**OmniRT Inc.**
**18 Campus Blvd.**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,713.59 |

**Pac Van**
**9155 Harrison Park Ct.**
**Indianapolis, IN 46216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Patrick Thomas**
**495 Broome Street**
**Floor 3**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Prime Fulfillment**
**2250 Sherman Avenue, #C**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shopify**
**151 O'Connor Street**
**Ground Floor**
**Ottawa, ON K2P2L8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** |

**Supplier Link Consulting Services**
**4675 Bradford Lane**
**Reno, NV 89519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$45,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Supporting Strategies**
**748 Stucco Lane**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** |

**Target Corp.**
**PO Box 860363**
**Minneapolis, MN 55486**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,215.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** |

**The Hartford**
**690 Asylum Avenue**
**Hartford, CT 06155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** |

**Triumph Link (USA) Inc.**
**2415 S. Sierra Drive**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$630.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** |

**United Rentals/Receivable Management Co.**
**400 West Cummings Park**
**Suite 4450**
**Woburn, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,713.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Valerie Ricordi** <br> **3734 Matheson Avenue** <br> **Miami, FL 33133** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,207.97** |
|---|---|---|---|
| | **Victoria Felton** <br> **18 E. 33rd Street** <br> **Apt. 3F** <br> **New York, NY 10016** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vonage** <br> **23 Main Street** <br> **Holmdel, NJ 07733** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$836.35** |
|---|---|---|---|
| | **Waste Management** <br> **800 Capital Street** <br> **Bankruptcy Correspondence** <br> **PO Box 43290** <br> **Phoenix, AZ 85080** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,822,545.47 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,822,545.47 |

Fill in this information to identify the case:

Debtor name    **Blankie Tails, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Hadley Grace Elliot** | **PO Box 4331 Cherry Hill, NJ 08034** | **First Avenue Funding** | ■ D   __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Fill in this information to identify the case:

Debtor name  **Blankie Tails, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,409.37** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,773,833.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,886,585.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Amazon Global Logistics** | 11/22/24 | $9,997.40 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other__ |
| 3.2. **Amazon Capital Services, Inc.** <br> **410 Terry Avenue** <br> **Seattle, WA 98109** | 11/15/23 - $998.75; 11/29/23 - $3,484.75; 12/13/23 - $4,483.50; 1/24/24 - $4,483.50 | $13,450.50 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other_ **regular bi-weekly secured loan payments** _ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Margaret Grace** <br> **22 Stevenson Street** <br> **Piermont, NY 10968** <br> **principal's mother** | $2,000 each on 3/17/23, 5/12/23, 7/21/23, 8/31/23, 9/19/23 and 10/23/23 | $12,000.00 | **payment on account of credit card for corporate purchases** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Delivery Good** | **unsellable inventory** | **10/25/23** | **$38,235.95** |
| | Recipients relationship to debtor **none** | | | |
| 9.2. | **Eleanor Roosevelt PTO** | **unsellable product** | **10/30/23** | **$124.90** |
| | Recipients relationship to debtor **none** | | | |
| 9.3. | **Stein Senior Center** | **Masks** | **10/31/23** | **$3,377.50** |
| | Recipients relationship to debtor **none** | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Smith Kane Holman, LLC 112 Moores Road Suite 300 Malvern, PA 19355 | Attorney Fees | 1/19/24 ($2,000, $644, of which was applied towards prior services); 1/29/24 ($4,000) | $5,000.00 |
| | Email or website address dsmith@skhlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | FaceBook Marketplace | Assets sold during move: Forklift - $5,500; Stretch Wrapper - $4,500; Metal Detector - $1,000; Furniture and miscellaneous items - $3,913; Best Conveyor Belt - $400. | 10/23 | $15,313.00 |
| | Relationship to debtor none | | | |

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **717 Fellowship Road Unit K Mount Laurel, NJ 08054** | **1/21 to 10/23** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Cheryl Buckland** | **11/30/20 - 4/5/22** |

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Franco Financial** | **3/2022 - June, 2022** |
| 26a.3.    **Supporting Strategies** | **October, 2022 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor - maintained electronically** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hadley Grace Elliot** | **PO Box 4331 Cherry Hill, NJ 08034** | **owner/director/officer** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Hadley Grace Elliot** **PO Box 4331** **Cherry Hill, NJ 08034** | see Schedule SOFA 30 | see Schedule SOFA 30 | salary |
| **Relationship to debtor** **owner/director/officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  5, 2024**

**/s/ Hadley Grace Elliot**                          **Hadley Grace Elliot**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

# Schedule SOFA 30

Payroll Journal Report

Blankie Tails, Inc.
717K Fellowship Road
Mt Laurel   NJ            08054

Employee Earnings
Payroll per  01/14/2023 - 01/27/2023
Pay day      02/03/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 4615.38 | 1279.05 | 423.66 | 3336.33 |

Payroll per  01/28/2023 - 02/10/2023
Pay day      02/17/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 4615.38 | 1279.05 | 353.07 | 3336.33 |

Payroll per  02/11/2023 - 02/24/2023
Pay day      03/03/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 4615.38 | 1279.07 | 353.09 | 3336.31 |

Payroll per  02/25/2023 - 03/10/2023
Pay day      03/17/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 4615.38 | 1279.05 | 353.07 | 3336.33 |

Tax Reconciliation Payroll
Pay day      03/31/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day      03/31/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day      03/31/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|-----------|-----------|------|------|------|------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Payroll per  03/11/2023 - 03/24/2023
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 4615.38 | 1279.05 | 353.07 | 3336.33 |

Tax Reconciliation Payroll
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 0 | 0 | -24.58 | 0 |

Tax Reconciliation Payroll
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    03/31/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|
| Elliot | Hadley | 0 | 0 | 42 | 0 |

Payroll per  03/25/2023 - 04/07/2023
Pay day    04/14/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|------------|-------------|----------|------------|---------|

| Elliot | Hadley | 4615.38 | 1279.06 | 353.08 | 3336.32 |

Payroll per 04/08/2023 - 04/21/2023
Pay day    04/28/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Elliot | Hadley | 4615.38 | 1279.06 | 353.08 | 3336.32 |

Payroll per 04/22/2023 - 05/05/2023
Pay day    05/12/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Elliot | Hadley | 4615.38 | 1279.06 | 353.08 | 3336.32 |

Payroll per 05/06/2023 - 05/19/2023
Pay day    05/26/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |

Payroll per 05/20/2023 - 06/02/2023
Pay day    06/09/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |

Payroll per 06/03/2023 - 06/16/2023
Pay day    06/23/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Elliot | Hadley | 4615.38 | 1279.05 | 353.07 | 3336.33 |

Tax Reconciliation Payroll
Pay day    06/30/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    06/30/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    06/30/2023

| Last Name | First Name | Gross Earni | Employee ˉ | Employer ˜ | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day     06/30/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley    | 0           | 0         | 0         | 0       |

Tax Reconciliation Payroll
Pay day     06/30/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley    | 0           | 0         | 0         | 0       |

Tax Reconciliation Payroll
Pay day     06/30/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley    | 0           | 0         | 0         | 0       |

Tax Reconciliation Payroll
Pay day     06/30/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley    | 0           | 0         | 0         | 0       |

Payroll per  06/17/2023 - 06/30/2023
Pay day     07/07/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley    | 4615.38     | 1279.06   | 353.08    | 3336.32 |

Payroll per  07/01/2023 - 07/14/2023
Pay day     07/21/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley    | 4615.38     | 1279.06   | 353.08    | 3336.32 |

Payroll per  07/15/2023 - 07/28/2023
Pay day     08/04/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|
| Elliot    | Hadley·   | 4615.38     | 1279.05   | 353.07    | 3336.33 |

Payroll per  07/29/2023 - 08/11/2023
Pay day     08/22/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer ˙ | Net Pay |
|-----------|-----------|-------------|-----------|-----------|---------|

Payroll per 08/12/2023 - 08/25/2023
Pay day    09/06/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 4615.38 | 1279.06 | 353.08 | 3336.32 |

Payroll per 08/26/2023 - 09/08/2023
Pay day    09/15/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 4615.38 | 1279.06 | 353.08 | 3336.32 |

Payroll per 09/09/2023 - 09/22/2023
Pay day    09/29/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 4615.38 | 1279.05 | 353.07 | 3336.33 |

Tax Reconciliation Payroll
Pay day    09/30/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    09/30/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    09/30/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    09/30/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day    09/30/2023

| Last Name | First Name | Gross Earni | Employee | Employer 1 | Net Pay |
|-----------|-----------|-------------|----------|-----------|---------|

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Payroll per 09/23/2023 - 10/06/2023
Pay day     10/13/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 4615.38 | 1279.05 | 353.07 | 3336.33 |

Payroll per 10/07/2023 - 10/20/2023
Pay day     10/27/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 4615.38 | 1279.07 | 353.09 | 3336.31 |

Payroll per 10/21/2023 - 11/03/2023
Pay day     11/10/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 4615.38 | 1258.48 | 353.07 | 3356.9 |

Payroll per 11/04/2023 - 11/17/2023
Pay day     11/30/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 4615.38 | 1258.05 | 353.07 | 3357.33 |

Payroll per 11/18/2023 - 12/01/2023
Pay day     12/08/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|

Payroll per 12/02/2023 - 12/15/2023
Pay day     12/22/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 4615.38 | 1258.07 | 353.09 | 3357.31 |

Tax Reconciliation Payroll
Pay day     12/31/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

Tax Reconciliation Payroll
Pay day     12/31/2023

| Last Name | First Name | Gross Earni | Employee ˙ | Employer 1 | Net Pay |
|-----------|------------|-------------|------------|------------|---------|

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

## Tax Reconciliation Payroll
Pay day     12/31/2023

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

## Payroll per  12/16/2023 - 12/29/2023
Pay day     01/05/2024

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|
| Elliot | Hadley | 4615.38 | 1243 | 477.68 | 3372.38 |

## Payroll per  12/30/2023 - 01/12/2024
Pay day     01/19/2024

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|

## Reversal Payroll
Pay day     01/19/2024

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|
| Elliot | Hadley | 0 | 0 | 0 | 0 |

## Payroll per  12/30/2023 - 01/12/2024
Pay day     01/25/2024

| Last Name | First Name | Gross Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|---|

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Blankie Tails, Inc.** _____    Case No. _____
<br>Debtor(s)    Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **5,000.00** |
    | Prior to the filing of this statement I have received | $ | **5,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    <br>**Filing and prosecution of any motion by the Debtor, contesting any motion filed by a party in the case, representation of Debtor in adversary proceeding or any investigation or analysis that could give rise to an adversary proceeding, representing the Debtor in any 2004 examination and responding to any inquiry of a creditor or the trustee outside the ordinary course of the case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  5, 2024** _____    **/s/ David B. Smith** _____
<br>*Date*

**David B. Smith 59098**
<br>*Signature of Attorney*
<br>**Smith Kane Holman, LLC**
<br>**112 Moores Road**
<br>**Suite 300**
<br>**Malvern, PA 19355**
<br>**610-407-7215  Fax: 610-407-7218**
<br>**dsmith@skhlaw.com**
<br>*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Blankie Tails, Inc.**          Case No. _____

                   Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  5, 2024** _____        **/s/ Hadley Grace Elliot** _____

                                                       **Hadley Grace Elliot/President**
                                                       Signer/Title

Amazon Capital Services, Inc.
410 Terry Avenue
Seattle, WA 98109


Biehl & Biehl, Inc./UPS Freight
325 E. Fullerton Avenue
Carol Stream, IL 60188


Bret & Jayne Peze
91 Westbrook Drive
Moorestown, NJ 08057


Business Relocation Services
20 Aquarium Drive
Secaucus, NJ 07094


Comcast
1701 JFK Blvd.
Philadelphia, PA 19103


Delivering Good
22 Stevenson Street
Piermont, NY 10968


Disney Financial Services, LLC
1180 Celebration Blvd.
Suite 201
Kissimmee, FL 34747


Express - NJ
106 Centre Blvd.
Suite 1
Marlton, NJ 08053


Express-PA
3070 Bristol Pike
Suite 2-229
Bensalem, PA 19020

FedEx
942 South Shady Grove Road
Memphis, TN 38120


First Avenue Funding
104 23rd Street
Birmingham, AL 35233


Franco Financial
41 Madison Avenue
31st Floor
New York, NY 10010


Hadley Grace Elliot
PO Box 4331
Cherry Hill, NJ 08034


Hangley Aronchick Segal
Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103


Internal Revenue Service
Insolvency Unit
600 Arch Street
Philadelphia, PA 19106


Jim Silver
999 S. Oyster Bay Road
105A
Bethpage, NY 11714


Kroger/ESP Receivables Managment Inc.
639 Lotus Drive
Suite 3
Mandeville, LA 70471

L-C Advisory Services Co., Inc.
105 West 86th Street
New York, NY 10024


Michael Marrale
101 Avenue of the Americas
9th Floor
New York, NY 10013


Miss Song
Zhangjiagang Acoshine HomeTextile Co Ltd
No. 198 Shuanglong Road
Fenghuang Town Zhangjiagang Suzhou City
Jiangsu Province


Miss Song
Zhangjiagang Acoshine HomeTextile Co Ltd
No. 198 Shuanglong Road
Fenghuang Town Zhangjiagang Suzhou City
Jiangsu Province


Nancy Mao
454 Anavista Avenue
San Francisco, CA 94115


New Jersey Dept. of Labor
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625-0379


New Jersey Division Of Taxation
Compliance and Enforcement
50 Barrack Street, 9th Fl.
PO Box 245
Trenton, NJ 08695-0267


Nicholas Grabowski
166 Encline Court
San Francisco, CA 94127

OmniRT Inc.
18 Campus Blvd.
Newtown Square, PA 19073


Pac Van
9155 Harrison Park Ct.
Indianapolis, IN 46216


Patrick Thomas
495 Broome Street
Floor 3
New York, NY 10013


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Prime Fulfillment
2250 Sherman Avenue, #C
Pennsauken, NJ 08110


Shopify
151 O'Connor Street
Ground Floor
Ottawa, ON K2P2L8


Supplier Link Consulting Services
4675 Bradford Lane
Reno, NV 89519


Supporting Strategies
748 Stucco Lane
Mount Pleasant, SC 29464


Target Corp.
PO Box 860363
Minneapolis, MN 55486

The Hartford
690 Asylum Avenue
Hartford, CT 06155


Triumph Link (USA) Inc.
2415 S. Sierra Drive
Compton, CA 90220


United Rentals/Receivable Management Co.
400 West Cummings Park
Suite 4450
Woburn, MA 01801


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76115


Valerie Ricordi
3734 Matheson Avenue
Miami, FL 33133


Victoria Felton
18 E. 33rd Street
Apt. 3F
New York, NY 10016


Vonage
23 Main Street
Holmdel, NJ 07733


Waste Management
800 Capital Street
Bankruptcy Correspondence
PO Box 43290
Phoenix, AZ 85080

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Blankie Tails, Inc.**
_____   Case No. _____
                              Debtor(s)      Chapter   **7** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blankie Tails, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**February  5, 2024**
_____
Date

**/s/ David B. Smith**
_____
**David B. Smith 59098**
Signature of Attorney or Litigant
Counsel for   **Blankie Tails, Inc.**
_____
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**