IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLANKIE TAILS, INC.<br><br>Debtor | CHAPTER 7<br><br>No. 24-10381-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

First Avenue Funding, LLC has filed a Motion for Rule 2004 Examination and Production of Documents and to Stay Closing of Bankruptcy Action with the court for relief from the automatic stay.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 8, 2024 you or your attorney must do all of the following:

        (a)     file an answer explaining your position at:

        Clerk, United States Bankruptcy Court
        U.S. Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)     mail a copy to the movant's attorney

        Phillip D. Berger, Esquire
        Berger Law Group, P.C.
        919 Conestoga Road, Building 3, Suite 114
        Rosemont, PA 19010

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on May 15, 2024 at 12:30 p.m. in Courtroom 4, US Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

                              BERGER LAW GROUP, P.C.

Dated:  3/26/24          By:    /s/:  Phillip D. Berger, Esq.
                                         PHILLIP D. BERGER, ESQUIRE
                                         919 Conestoga Road, Building 3, STE 114
                                         Bryn Mawr, PA 19010
                                         (610) 668-0800
                                         PA ID #58942
                                         *Attorneys for Creditor First Avenue Funding, LLC*